UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IRYNA BERESTYANSKA,

                 Plaintiff,         **ORDER**
                                                   CV 13-6279 (JS)(ARL)

    -against-

TARGET CORPORATION,

                 Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant Target Corporation's motion for an order dismissing the complaint for failing to provide discovery or, in the alternative, compelling the plaintiff to provide discovery responses by a date certain. According to the defendant, the plaintiff was served with the defendant's First Set of Interrogatories, Combined Demands and a Demand Pursuant to Mandatory Insurer Reporting Law on November 19, 2013, and has failed to provide any of the requested discovery. In addition, the plaintiff has not served the defendant with her automatic disclosures. Although the plaintiff offers no explanation for her failure, she has indicated by letter dated April 10, 2014, that automatic disclosure was served yesterday and responses to the defendant's Interrogatories and Combined Demands will be served shortly. Accordingly, to the extent the defendant seeks to compel the plaintiff to provide discovery responses by a date certain, that request is granted, on consent. The plaintiff is directed to serve the defendant with all outstanding responses by April 21, 2014.

Dated: Central Islip, New York                              **SO ORDERED:**
       April 11, 2014                                            _____/s/_____
                                                                  ARLENE ROSARIO LINDSAY
                                                                  United States Magistrate Judge